PDK/ ib USAO: 2023R00180

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## District of Maryland

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
May 03, 2023
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___MD___ Deputy

| | |
|---|---|
| United States of America <br> v. <br> HARRISON WILLIAM PRESCOTT FLOYD, III <br> a/k/a WILLIE LEWIS FLOYD, III <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) Case No.  23-mj-1217-AAQ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 23, 2023__ in the county of __Montgomery__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Simple Assault on a Federal Officer |

This criminal complaint is based on these facts:

See Affidavit

☒ Continued on the attached sheet.

_SA [signature]_
*Complainant's signature*

SA Dennis P. McGrail, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 3, 2023

_[signature]_
*Judge's signature*

City and state: Greenbelt, Maryland

Hon. Ajmel A. Quereshi, US Magistrate Judge
*Printed name and title*