Case 8:23-mj-01217-AAQ   Document 4   Filed 05/03/23   Page

PDK: USAO 2023R00180

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

May 03, 2023
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___MD___ Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | | |
| | * | | |
| v. | * | **CASE NO.** | 23-mj-1217-AAQ |
| | * | | |
| **HARRISON WILLIAM PRESCOTT FLOYD, III** | * | | |
| a/k/a **WILLIE LEWIS FLOYD, III** | * | | |
| | * | **UNDER SEAL** | |
| **Defendant** | * | | |
| | * | | |

*******

The United States of America, by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland and Patrick D. Kibbe, Assistant United States Attorney for said District, hereby moves this Honorable Court for an order sealing the Criminal Complaint, Affidavit, Arrest Warrant, and this Motion and Order in the above-captioned matter. Disclosure of the Criminal Complaint and the associated documents could enable the defendant to evade his appearance before the Court.

**WHEREFORE**, the government requests that this Motion, the Order and all other documents filed in this action be **sealed** until further order of the Court.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:_____
Patrick D. Kibbe
Assistant United States Attorney

**ORDERED** as prayed, this 3rd day of May, 2023.

_____
Honorable Ajmel A. Quereshi
United States Magistrate Judge