PDK: USAO 2023R00180

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:01 pm, May 15 2023
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____MD____ Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. 23-MJ-1217-AAQ |
| HARRISON WILLIAM PRESCOTT FLOYD, III a/k/a WILLIE LEWIS FLOYD, III | * |
| Defendant | * |

*******

## MOTION TO UNSEAL

The United States of America, by and through its undersigned its counsel, hereby respectfully moves this Honorable Court for an Order unsealing the Criminal Complaint, Affidavit, Arrest Warrant, and associated documents in the above-captioned matter. The Defendant, Harrison William Prescott Floyd, III is aware of this action and will be making his appearance before this Court with counsel, and as such the sealing is no longer necessary at this time.

**WHEREFORE**, the Government respectfully requests that the Criminal Complaint and all other documents filed in this action be unsealed until further order of the Court.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _/s/ Patrick D. Kibbe_
Patrick D. Kibbe
Assistant United States Attorney

**ORDERED** as prayed, this 15th day of May, 2023.

_/s/ Gina L. Simms_
Honorable Gina L. Simms
United States Magistrate Judge