IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 23-MJ-1217-AAQ |
| vs. | |
| HARRISON WILLIAM FLOYD | |

USDC- GREENBELT
'23 MAY 15 AM 10:41

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Harrison William Floyd (defendant).

I certify that I am admitted to practice in this court.

May 15, 2023

_____/s/_____
Carlos J.R. Salvado, Esq.
Bar Number 30226
Salvado Law
30 Courthouse Square, Suite 100
Rockville, Maryland 20850
cjsalvado@salvadolaw.com
(301) 933 - 1814
(301) 933 – 1816 (facsimile)