IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| V. | *   CRIM. NO. 23-MJ-1217 |
| | * |
| HARRISON WILLIAM PRESCOTT FLOYD, | * |
| | * |
| Defendant. | * |
| | * |
| | * |
| ******** | |

## ENTRY OF APPEARANCE

MADAM CLERK:

    Please enter the appearance of Patrick D. Kibbe as counsel for the United States of America for all purposes in the above-captioned case.

    Respectfully submitted,

    Erek. L. Barron
    United States Attorney

BY:  /s/
    Patrick D. Kibbe
    Assistant United States Attorney